199 So.2d 179

**AMERICAN INSURANCE COMPANY**

v.

**HARTFORD ACCIDENT & INDEMNITY COMPANY et al.**

No. 48539.

Feb. 3, 1967.

In re: American Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 198 So.2d 757.

Application not considered. Not timely filed under requirements of Sec. 11 of Art. 7 of the Constitution, that is, within 30 days after rehearing was denied by Court of Appeal.

199 So.2d 179

**STATE of Louisiana**

v.

**Charles RUPP.**

No. 48730.

May 16, 1967.

In re: Charles Rupp applying for writs of certiorari, prohibition and mandamus.

Writs refused. Since no hearing has been held and no order of extradition entered, the application is premature.